424 A.2d 538

Commonwealth v. Blackburn alias Rodriquez, Appellant.

Submitted April 12, 1979.  John R. Cook, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

424 A.2d 538

Commonwealth v. Brown, N., Appellant.

Submitted April 12, 1979.  John A. Clay, Assistant Public Defender, for appellant;  John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.